Philip Heller PLC (Bar No. 113938)
Jerold Fagelbaum, Esq. (Bar No. 92584)
**FAGELBAUM & HELLER LLP**
2049 Century Park East, Suite 2050
Los Angeles, California 90067
Telephone: (310) 286-7666
Facsimile: (310) 286-7086

Attorneys for Defendants

FILED
CLERK, U.S. DISTRICT COURT
AUG 21 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL DIVISION

| | |
|---|---|
| STEVE GEVIRTZ, an individual, | Case No.: CV 03-5548 RSWL (VBKx) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |
| v. | |
| FOUR STAR FINANCIAL SERVICES, LLC, an entity of unknown origin; ANSON, GARRETT & CO., an entity of unknown origin; MARK COHN, an individual; JACK GARRETT, an individual; RONALD ANSON, and individual; and DOES 1 through 9, | The Honorable Ronald S. W. Lew |
| | Action Filed: August 4, 2003 |
| Defendants. | |

**WHEREAS**, Fagelbaum & Heller LLP just has been retained as counsel for Defendants in connection with the above-referenced matter, which was filed on August 4, 2003;

**WHEREAS**, the Fagelbaum & Heller LLP attorney primarily responsible for this matter will be out of town on a previously scheduled and paid for vacation until August 25, 2003 and needs additional time to review the Complaint, meet with his multiple clients and prepare a response; and

**WHEREAS**, no prior request for an extension of time to respond has been requested;

| | |
|---|---|
| 1 | **IT IS HEREBY STIPULATED AND AGREED**, without prejudice, on behalf |
| 2 | of the parties hereto, by their counsel of record herein, that Defendants shall have until |
| 3 | September 10, 2003 to file and personally serve their response to the Complaint in this |
| 4 | action. |

Dated: August 19, 2003        **FAGELBAUM & HELLER LLP**

By: _____
Jerold Fagelbaum, Esq.
Attorneys for Defendants
Four Star Financial Services, Inc., Anson,
Garret & Co., Mark Cohn, Jack Garrett, and
Ronald Anson

Dated: August ___, 2003      **THE LAW OFFICES OF RYAN D. LAPIDUS, A PROFESSIONAL LAW CORPORATION**


By: _____
Ryan D. Lapidus, Esq.
Attorneys for Plaintiff Steve Gevirtz


### [PROPOSED] ORDER

Good cause having been shown:

### IT IS SO ORDERED.

RONALD S W LEW

Dated: 8-21-03        _____
United States District Court Judge

1  IT IS HEREBY STIPULATED AND AGREED, without prejudice, on behalf
2  of the parties hereto, by their counsel of record herein, that Defendants shall have until
3  September 10, 2003 to file and personally serve their response to the Complaint in this
4  action.

6  Dated: August 19, 2003          FAGELBAUM & HELLER LLP

8                                  By: _____
                                       Jerold Fagelbaum, Esq.
9                                      Attorneys for Defendants
                                       Four Star Financial Services, Inc., Anson,
10                                     Garret & Co., Mark Cohn, Jack Garrett, and
                                       Ronald Anson

12  Dated: August 14, 2003         THE LAW OFFICES OF RYAN D. LAPIDUS,
                                   A PROFESSIONAL LAW CORPORATION
13

15                                 By: _____
                                       Ryan D. Lapidus, Esq.
16                                     Attorneys for Plaintiff Steve Gevirtz

17
                                   [PROPOSED] ORDER
18

19  Good cause having been shown:

20
                                   IT IS SO ORDERED.
21

22  Dated: _____
                                   _____
23                                 United States District Court Judge

2

Stipulation.Extend Response Time.wpd                                   Stipulation and [Proposed] Order

TOTAL P.03

# PROOF OF SERVICE

STATE OF CALIFORNIA ) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 2050, Los Angeles, California 90067.

On August 20, 2003, I caused the foregoing document described as ***Stipulation and [Proposed] Order Extending Defendants' Time to Respond to Complaint*** to be served by placing a copy thereof enclosed in sealed envelopes addressed as follows:

Ryan D. Lapidus, Esq.
**The Law Offices of Ryan D. Lapidus APLC**
211 South Beverly Drive, Suite 205
Beverly Hills, California 90212
TEL (310) 550-8700
FAX (310) 943-2471
**Attorneys for Plaintiff Steve Gevirtz**

[X] BY U.S. MAIL - I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid as follows: I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary cause of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY FEDERAL EXPRESS - I deposited such envelope in the drop box at Los Angeles, California. I am readily familiar with this firm's practice of collection and processing correspondence for Federal Express. Under the practice it would be deposited in the Federal Express drop-box for pickup on the same day at Los Angeles, California in the ordinary cause of business.

[ ] BY FACSIMILE – I caused such a document to be sent via facsimile to the appropriate facsimile number(s) for the addressee(s) above, at or about _____ .m. from (310) 286-7086, and received confirmation that the fax transmission was successfully completed.

[ ] BY PERSONAL SERVICE - I caused such an envelope to be hand delivered to the office of the addressee.

[X] [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] [Federal] I declare that I am in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 20, 2003, at Los Angeles, California.

Tracy Sorokin