ORIGINAL

UNITED STATES DISTRICT COURT  P SEND
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

CASE NO.  CV 03-5548-RSWL            DATED: October 3, 2003

TITLE:  STEVE GEVIRTZ v. FOUR STAR FINANCIAL SERVICES, LLC., et al.

PRESENT:  HONORABLE RONALD S.W. LEW, JUDGE

Kelly Davis                          Not present
Deputy Clerk                         Court Reporter

ATTORNEYS FOR PLAINTIFFS:            ATTORNEYS FOR DEFENDANTS:

Not present                          Not present

PROCEEDINGS: (IN CHAMBERS)

The Court takes the following motions **UNDER SUBMISSION:**

1. Deft Mark Cohn's Motion to Dismiss Portions of Pltf's Complaint for Failure to State a Claim Upon Which Relief can be Granted (FRCP 9(b), 12(b)(6), 12(f)
2. Deft Four Star Financial Services, LLC., Anson, Garrett & Co., Jack Garrett, and Ronald Anson's Joinder in Deft Cohn's Motion to Dismiss Portions of Pltf's Complaint for Failure to State a Claim

No appearances are necessary on October 6, 2003. The Court's order will follow.

MINUTES FORM 11              INITIALS OF DEPUTY CLERK kd  ENTER ON ICMS
CIV-GEN

OCT -6 2003