

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GEVIRTZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>FOUR STAR FINANCIAL SERVICES, LLC; ANSON, GARRETT & CO.; MARK COHN, an individual; JACK GARRETT, an individual; RONALD ANSON, an individual; and DOES 1-9<br><br>Defendants. | CV 03-5548 RSWL (VBKx)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION AND DENYING DEFENDANTS' MOTION TO STRIKE THE FIFTH CAUSE OF ACTION**<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

Presently before the Court are Defendant Cohn's motions to dismiss Plaintiff's Third Cause of Action pursuant to Fed. R. Civ. Pro. R. 12(b)(6) and to strike Plaintiff's

1

Fifth Cause of Action pursuant to Fed. R. Civ. Proc. 12(f). Defendants Four Star Financial Services, LLC; Anson, Garrett & Co.; Jack Garrett; and Ronald Anson have joined in Defendant Cohn's motion. Having considered all papers and argument in this matter, THE COURT ORDERS AS FOLLOWS:

Civil RICO claims based on predicate acts of fraud must meet the heightened pleading standard of Rule 9(b). Since securities fraud is the predicate act upon which Plaintiff's RICO claim is based, Plaintiff is required to plead with particularity the time, place and content of the alleged fraud. Moreover, Plaintiff must identify the role of each of the individual defendants in the alleged fraudulent scheme. The allegations in Plaintiff's Complaint are too general to satisfy the heightened pleading requirements of Rule 9(b). Therefore, the Court **GRANTS** Defendant's motion to dismiss Plaintiff's **Third Cause of Action**. Plaintiff is given 20 days leave to amend the complaint.

As for Defendant's motion to strike, Plaintiff's Fourth Cause of Action for Fraud in the Inducement and Fifth Cause of Action for Fraud and Deceit appear to be making the distinction between "fraud in the inducement" and "fraud in the execution." Reading the Complaint in the light most

\\\
\\\

favorable to the pleader, Plaintiff's claims do not appear to be duplicative or redundant. Therefore, the Court **DENIES** Defendant's motion to strike the **Fifth Cause of Action**

**IT IS SO ORDERED.**

RONALD S.W. LEW

_____
**RONALD S.W. LEW**
United States District Judge

DATED: 10-8-03

(Orders\FourStar.12b6\y)