LODGED

FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

2003 NOV 13 PM 2:59
CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

Priority ___
Send    ✓
Enter   ___
Closed  ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

RONALD J. NESSIM - SBN 94208
JOHN K. RUBINER - SBN 155208
AMANDA R. TOUCHTON - SBN 220430
BIRD, MARELLA, BOXER & WOLPERT
A Professional Corporation
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Anson, Garrett
& Co., Ronald Anson and Jack Garrett

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GEVIRTZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FOUR STAR FINANCIAL SERVICES, LLC, an entity of unknown origin; ANSON, GARRETT & CO., an entity of unknown origin; MARK COHN, an individual; JACK GARRETT, an individual; RONALD ANSON, an individual; and DOES 1 through 9,<br><br>Defendants. | CASE NO. CV 03-5548 RWSL (VBKx)<br><br>**STIPULATION CONTINUING DEFENDANTS ANSON, GARRETT & CO., RONALD ANSON AND JACK GARRETT'S TIME TO ANSWER, MOVE OR OTHER RESPOND TO THE FIRST AMENDED COMPLAINT; [~~PROPOSED~~] ORDER THEREON** |

IT IS HEREBY STIPULATED between plaintiff Steven Gevirtz and defendants Anson, Garrett & Co., Ronald Anson and Jack Garrett (collectively the "AG Defendants"), through counsel, with the Court's approval, that the AG Defendants shall have a nine-day extension of time, to and including November 26, 2003, to answer, move or otherwise respond to the First Amended Complaint. The reasons for this stipulation are as follows:

/ / /

ENTERED ON ICMS
NOV 18 2003

1.  On October 23, 2003, plaintiff filed and served by mail the First Amended Complaint. Consequently, defendants are required to respond to the First Amended Complaint on or before November 17, 2003.

2.  After plaintiff filed the First Amended Complaint, the AG Defendants retained new counsel to represent them in this action. New counsel has been diligently attempting to review the underlying facts and allegations in order to represent the AG Defendants in this case.

3.  In order to allow counsel sufficient time to review the legal and factual allegations in the First Amended Complaint, determine whether to file an appropriate motion and, if necessary, timely comply with the requirements of Central District of California Local Rule 7-3, the AG Defendants have requested a nine-day extension of time, to and including November 26, 2003. Plaintiff does not object to the short continuance of the AG Defendants' time to answer, move or otherwise respond to the First Amended Complaint. Plaintiff understands that the request is made in good faith and not for the purposes of prejudicing plaintiff.

4.  The parties do not seek an extension of any other dates as this Court has not yet set a date for a Case Management Conference and no trial or discovery cut-off dates have been set.

/ / /
/ / /
/ / /
/ / /
/ / /

1  IT IS SO STIPULATED.

2

3  Dated: November 12, 2003      RONALD J. NESSIM
                                  JOHN K. RUBINER
4                                 AMANDA R. TOUCHTON
                                  BIRD, MARELLA, BOXER & WOLPERT
5                                 A Professional Corporation

6

7                                 By: /s/ John K. Rubiner
                                        John K. Rubiner
8                                 Attorneys for Defendants Anson,
                                  Garrett & Co., Ronald Anson and
9                                 Jack Garrett

10

11

12  Dated: November 12, 2003      RYAN D. LAPIDUS
                                  THE LAW OFFICES OF RYAN D.
13                                LAPIDUS, A Professional Law
                                  Corporation
14

15

16                                By: /s/ Ryan D. Lapidus
                                        Ryan D. Lapidus
17                                Attorneys for Plaintiff Steve
                                  Gevirtz
18

19              [PROPOSED] ORDER

20  Having reviewed the stipulation, IT IS HEREBY ORDERED that

21  defendants Anson, Garrett & Co., Ronald Anson and Jack Garrett

22  shall have a nine-day extension of time, to and including

23  November 26, 2003, to answer, move or otherwise respond to the

24  First Amended Complaint.

25

26                                RONALD S.W. LEW

27  DATED: 11-17-03
                                  Honorable Ronald S.W. Lew
28                                United States District Court Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1875 Century Park East, Los Angeles, California 90067-2561.

On **November 12, 2003**, I served the within document(s) described as **STIPULATION CONTINUING DEFENDANTS ANSON, GARRETT & CO., RONALD ANSON AND JACK GARRETT'S TIME TO ANSWER, MOVE OR OTHER RESPOND TO THE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON** on the interested parties to this action who are listed on the attached Service List.

■ **BY MAIL:** By placing a true copy thereof in sealed envelopes addressed to the parties listed on the attached Service List and causing them to be deposited in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☐ **BY HAND (STATE COURT):** By hand-delivering a true copy thereof in sealed envelopes to the offices of the parties listed on the attached Service List.

☐ **BY HAND (FEDERAL COURT):** By placing a true copy thereof in sealed envelopes and causing such envelopes to be hand-delivered to the offices of the parties listed on the attached Service List.

☐ **BY FAX:** By transmitting a true copy thereof via facsimile machine to the offices of the parties listed on the attached Service List. I caused the copy to be transmitted at from the facsimile number of Bird, Marella, Boxer & Wolpert, PC, (310) 201-2110 or (310) 201-2119. The transmission was reported as complete and without error. A copy of the transmission report is attached to this Proof of Service.

☐ **BY OVERNIGHT MAIL (VIA FEDERAL EXPRESS):** By placing a true copy thereof in sealed envelopes addressed to the parties listed on the attached Service List and causing them to be deposited in the Federal Express Depository maintained at 1875 Century Park East, Los Angeles, CA 90067. The envelopes were sent with Federal Express fees therefor fully paid, with written instructions for "next-day" delivery.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge, and that I executed this document on **November 12, 2003** at Los Angeles, California.

■ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, and that I executed this document on **November 12, 2003** at Los Angeles, California.

Elizabeth Martin                                    *Elizabeth Martin*
Printed Name                                        Signature

## SERVICE LIST

| | |
|---|---|
| Ryan D Lapidus, Esq.<br>The Law Offices of Ryan D. Lapidus<br>211 South Beverly Drive, Suite 205<br>Beverly Hills, CA 90212 | Attorneys for Plaintiff Steve Gevirtz |
| Jerold Fagelbaum, Esq.<br>Fagelbaum & Heller LLP<br>2049 Century Park East, Suite 2050<br>Los Angeles, CA 90067 | Attorneys for Defendant Mark Cohn |

SCANNED