ORIGINAL

UNITED STATES DISTRICT COURT           SEND
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

CASE NO.   CV 03-5548-RSWL            DATED: December 8, 2003

TITLE:   STEVE GEVIRTZ v. FOUR STAR FINANCIAL SERVICES, LLC., et al.

PRESENT:   HONORABLE RONALD S.W. LEW, JUDGE

Kelly Davis                           Sheri Ogata
Deputy Clerk                          Court Reporter

ATTORNEYS FOR PLAINTIFFS:             ATTORNEYS FOR DEFENDANTS:

Dan Lapidus                           John Rubiner
Ryan Lapidus                          Jerold Fagelbaum

PROCEEDINGS: MOTION

Court and counsel confer. The Court **GRANTS** Deft Mark Cohn's Motion to
Dismiss Third Cause of Action in Pltf's First Amended Complaint for
Failure to State a Claim. Plaintiff has 20 days leave to amend.

Defense counsel is to submit a proposed order regarding this hearing
pursuant to Local Rule 52-4

ENTER ON ICMS
DEC 10 2003

MINUTES FORM 11                       INITIALS OF DEPUTY CLERK kd
CIV-GEN