LODGED

FILED
CLERK, U.S. DISTRICT COURT
DEC 15 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RYAN D. LAPIDUS (Bar No. 196838)
THE LAW OFFICES OF RYAN D. LAPIDUS
A PROFESSIONAL LAW CORPORATION
211 SOUTH BEVERLY DRIVE, SUITE 205
BEVERLY HILLS, CALIFORNIA 90212
TEL: 310-550-8700
FAX: 310-943-2471

ATTORNEYS FOR PLAINTIFF
STEVE GEVIRTZ

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEVE GEVIRTZ, an individual, | CASE No.: CV 03-5548 RSWL (VBKx) |
|---|---|
| Plaintiff, | **STIPULATION TO REMOVE FROM CALENDAR THE ANSON GARRETT DEFENDANTS' MOTION TO DISMISS THIRD CAUSE OF ACTION IN PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO SET FILING DATE FOR DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT;** |
| v. | |
| FOUR STAR FINANCIAL SERVICES, LLC, an entity of unknown origin; ANSON, GARRETT & CO., an entity of unknown origin; MARK COHN, an individual; JACK GARRETT, an individual; RONALD ANSON, an individual; and DOES 1 through 9, | |
| | [~~PROPOSED~~] ORDER THEREON |
| Defendants. | The Honorable Ronald S.W. Lew Courtroom: 21 |
| | Action Filed: August 4, 2003 |

ENTER ON ICMS
DEC 16 2003

STIPULATION & [PROPOSED] ORDER - 1

Plaintiff Steven Gevirtz ("Plaintiff") and defendants Mark Cohn, Ronald Anson, Jack Garrett, and Anson, Garrett & Co. (collectively, "Defendants"), by and through their attorneys of record, hereby submit the following stipulation and proposed order.

## RECITAL

The Motion of Defendant Mark Cohn to dismiss Plaintiff's Third Cause of Action was granted by the Court on December 8, 2003 with leave to amend.

## STIPULATION

It is hereby stipulated as follows:

1. The Motion of defendants Jack Garrett, Ronald Anson and Anson, Garrett & Co. to dismiss Plaintiff's Third Cause of Action will be removed from the Court's calendar;

2. Plaintiff's Third Cause of Action is also dismissed as to defendants Ronald Anson, Jack Garrett, and Anson, Garrett & Co. in accordance with the Court's order to dismiss Plaintiff's Third Cause of Action as to defendant Mark Cohn;

3. Plaintiff will not file a Second Amended Complaint despite the Court's December 8, 2003 order granting leave to amend;

///
///
///
///
///
///
///
///

4.  Defendants will file answers to the remaining allegations and claims of Plaintiff's First Amended Complaint on or before January 12, 2004.

DATED: December 1\), 2003    The Law Offices Of Ryan D. Lapidus
                             A Professional Law Corporation

                             _____
                             Ryan D. Lapidus
                             Attorneys For Plaintiff
                             Steve Gevirtz

DATED: December /\_, 2003   John K. Rubiner
                             Bird, Marella, Boxer & Wolpert
                             A Professional Corporation

                             _____
                             John K. Rubiner
                             Attorneys For Defendants Anson, Garrett & Co.,
                             Jack Garrett and Ronald Anson

DATED: December __, 2003    Jerold Fagelbaum
                             Fagelbaum & Heller LLP


                             _____
                             Jerold Fagelbaum
                             Attorneys For Defendant Mark Cohn

STIPULATION & [PROPOSED] ORDER - 3

4. Defendants will file answers to the remaining allegations and claims of Plaintiff's First Amended Complaint on or before January 12, 2004.

DATED: December ___, 2003    The Law Offices Of Ryan D. Lapidus
                             A Professional Law Corporation

                             _____
                             Ryan D. Lapidus
                             Attorneys For Plaintiff
                             Steve Gevirtz

DATED: December ___, 2003    John K. Rubiner
                             Bird, Marella, Boxer & Wolpert
                             A Professional Corporation

                             _____
                             John K. Rubiner
                             Attorneys For Defendants Anson, Garrett & Co.,
                             Jack Garrett and Ronald Anson

DATED: December _, 2003      Jerold Fagelbaum
                             Fagelbaum & Heller LLP

                             _____
                             Jerold Fagelbaum
                             Attorneys For Defendant Mark Cohn

STIPULATION & [PROPOSED] ORDER - 3

## [PROPOSED] ORDER

1. The Motion of defendants Jack Garrett, Ronald Anson and Anson, Garrett & Co. to dismiss Plaintiff's Third Cause of Action is removed from the Court's calendar;

2. Plaintiff's Third Cause of Action is also dismissed as to defendants Ronald Anson, Jack Garrett, and Anson, Garrett & Co. in accordance with the Court's order to dismiss Plaintiff's Third Cause of Action as to defendant Mark Cohn;

3. Plaintiff will not file a Second Amended Complaint despite the Court's December 8, 2003 order granting leave to amend;

4. Defendants shall file answers to the remaining allegations and claims of Plaintiff's First Amended Complaint on or before January 12, 2004.

IT IS SO ORDERED.

DATED: 12-15-03

**RONALD S.W. LEW**

Hon. Ronald S.W. Lew
United States District Court Judge
for the Central District of California

Submitted by:

_____ 11-10-03
Ryan D. Lapidus
The Law Offices Of Ryan D. Lapidus
A Professional Law Corporation
Attorneys for Plaintiff Steve Gevirtz

STIPULATION & [PROPOSED] ORDER - 4

Case 2:03-cv-05548-GAF-VBK   Document 32   Filed 12/15/03   Page 6 of 6   Page ID #:20
## PROOF OF SERVICE BY MAIL

I, Daniel C. Lapidus, declare as follows:

I am employed with the law firm of The Law Offices of Ryan D. Lapidus, A Professional Law Corporation, whose address is 211 South Beverly Drive, Suite 205, Beverly Hills, California 90212. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service and fax; I am over the age of eighteen years and not a party to this action.

On December 15, 2003 I served a copy of the within document(s):

1. Stipulation to Remove from Calendar the Anson Garrett Defendants' Motion to Dismiss Third Cause of Action in Plaintiff's First Amended Complaint and to Set Filing Date for Defendants' Answer to First Amended Complaint; and [Proposed] Order Thereon

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

John K. Rubiner
Bird, Marella, Boxer & Wolpert
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

Jerold Fagelbaum, Esq.
Fagelbaum & Heller LLP
2049 Century Park East, Suite 2050
Los Angeles, CA 90067

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Beverly Hills, California, on December 15, 2003.

*/s/ Daniel C. Lapidus*
Daniel C. Lapidus

PROOF OF SERVICE CASE NO J.C.C P 4106
