

FILED
CLERK, U.S. DISTRICT COURT

DEC 16 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

DEC - 9 2003

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

1   Philip Heller PLC (Bar No. 113938)
    Jerold Fagelbaum, Esq. (Bar No. 92584)
2   **FAGELBAUM & HELLER LLP**
    2049 Century Park East, Suite 2050
3   Los Angeles, California 90067
    Telephone: (310) 286-7666
4   Facsimile: (310) 286-7086

5   Attorneys for Defendant Mark Cohn

6

7                                                          Priority
                                                           Send
8                                                          Enter
                                                           Closed
9                                                          JS-5/JS-6
                                                           JS-2/JS-3
10                                                         Scan Only

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10

11  STEVE GEVIRTZ, an individual,      )   Case No.: CV 03-5548 RSWL (VBKx)
                                       )
12          Plaintiff,                 )   **ORDER [Proposed] GRANTING
                                       )   DEFENDANT MARK COHN'S
13          v.                         )   MOTION TO DISMISS
                                       )   PLAINTIFF'S THIRD CAUSE OF
14  FOUR STAR FINANCIAL SERVICES,      )   ACTION OF THE FIRST AMENDED
    LLC, an entity of unknown origin;  )   COMPLAINT
15  ANSON, GARRETT & CO., an entity of )
    unknown origin; MARK COHN, an      )   Date:    December 8, 2003
16  individual; JACK GARRETT, an       )   Time:    9:00 a.m.
    individual; RONALD ANSON, and      )   Ctrm:    21
17  individual; and DOES 1 through 9,  )
                                       )   The Honorable Ronald S. W. Lew
18          Defendants.                )
                                       )   Action Filed:   August 4, 2003
19                                     )   Trial Date:     None Set
                                       )
20

ENTERED ON ICMS

DEC 16 2003

CV

21      The Motion of Defendant Mark Cohn To Dismiss Plaintiff's Third Cause Of

22  Action of the First Amended Complaint came on for hearing before the Court, the

23  Honorable Ronald S.W. Lew presiding, at 9:00 a.m. on December 8, 2003, Jerold

24  Fagelbaum of Fagelbaum & Heller LLP appeared for Defendant Mark Cohn; Ryan D.

25  Lapidus of the Law Offices of Ryan D. Lapidus appeared for Plaintiff Steve Gevirtz; and

26  John K. Rubiner of Bird, Marella, Boxer & Wolpert APC appeared for Defendants

27  Anson, Garrett & Co., Ronald Anson, and Jack Garrett. After consideration of the briefs

28  and argument of counsel, and all other matters presented to the Court:

                                                                           33

1  **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Plaintiff's Third

2  Cause of Action is Granted.  Plaintiff Gevirtz has not pled with the required particularity:

3  (a) that his alleged damages were caused by the use or reinvestment of racketeering

4  income, rather than the alleged loss of his investment as a result of an alleged predicate

5  act; and, (b) that there was a pattern of similar acts, rather than one alleged overall

6  scheme, both as required by 18 U.S.C. Section 1962(a).

7  **IT IS FURTHER ORDERED** that Plaintiff shall have twenty days from the date

8  of entry of this Order to file and serve a second amended complaint.  However, if upon

9  further motion, it is determined that Plaintiff is unable to allege a viable RICO violation

10  next time, the Court shall dismiss Plaintiff's Third Cause of Action with prejudice.

11

12  DATED:  _12-16-03_          RONALD S.W. LEW

13                                      _____

                                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA       )
                                 } ss

COUNTY OF LOS ANGELES    )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 2050, Los Angeles, California 90067.

      On December 9, 2003, I caused the foregoing document described as ***Order [Proposed] Granting Defendant Mark Cohn's Motion to Dismiss Plaintiff's Third Cause of Action of the First Amended Complaint,*** to be served by placing a copy thereof enclosed in sealed envelopes addressed as follows:

Ryan D. Lapidus, Esq.                       Ronald J. Nessim, Esq.
**Law Offices of Ryan D. Lapidus**       John K. Rubiner, Esq.
211 South Beverly Drive, Suite 205     **Bird, Marella, Boxer & Wolpert**
Beverly Hills, California 90212         1875 Century Park East, 23rd Floor
                                        Los Angeles, California 90067

**[X] BY U.S. MAIL** - I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid as follows: I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary cause of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY FACSIMILE – I caused such a document to be sent via facsimile to opposing counsel, at facsimile number _____, at or about _____ .m. from (310) 286-7086, and received confirmation that the fax transmission was successfully completed.

[ ] BY PERSONAL SERVICE - I caused such an envelope to be hand delivered to the office of the addressee.

[ ] [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] [Federal] I declare that I am in the office of a member of the bar of this court at whose direction the service was made.

      Executed on December 9, 2003, at Los Angeles, California.

<u>ANGELICA PRENATT TAKHSHOUN</u>                             
        [Print Name]                                   [Signature]

3