ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SEND

CIVIL MINUTES-GENERAL

CASE NO.  CV 03-5548-RSWL            DATED: January 22, 2004

TITLE:  STEVE GEVIRTZ v. FOUR STAR FINANCIAL SERVICES, LLC., et al.

PRESENT:  HONORABLE RONALD S.W. LEW, JUDGE

Kelly Davis                          Not Present
Court Clerk                          Court Reporter

ATTORNEYS FOR PLAINTIFFS:            ATTORNEYS FOR DEFENDANTS:

Ryan Lapidus - Not Present           Clifford Parker - Not Present
                                     Amanda Touchton - Not Present
                                     John Rubiner - Not Present
                                     Ronald Nessim - Not Present

PROCEEDINGS: NOTICE RE SCHEDULING CONFERENCE

The above matter is set for a Scheduling Conference on **MARCH 29, 2004, at 9:00 A.M.**  The conference will be held pursuant to F.R.Civ.P. 16(b).  The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference and report to the Court not later than 14 days after they confer as required by F.R.Civ.P. 26 and the Local Rules of this Court.  Failure to comply may lead to the imposition of sanctions.

If this case is part of the ADR Program, Counsel of Record must confer and jointly complete the ADR Pilot Program Questionnaire, which was provided to plaintiff counsel at the time of filing.  Counsel is directed to file the Questionnaire concurrently with the Joint Rule 26(f) Report.

Plaintiff counsel is directed to give notice of the Scheduling Conference to all parties that have appeared in this action, and is directed to give notice of the Scheduling Conference _immediately_ to each party that makes an initial appearance in this action after this date.

MINUTES FORM 11                      INITIALS OF DEPUTY CLERK kd
CIV-GEN

