ORIGINAL

DOCKETED ON CM
FEB 13 2004
BY _____ 065

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.   CV 03-05548-RSWL (VBKx)              Date:  February 13, 2004

Title:   <u>Steve Gevirtz -v- Four Star Financial, et al.</u>

================================================================
**DOCKET ENTRY**
================================================================

PRESENT:

   HON. **VICTOR B. KENTON**, UNITED STATES MAGISTRATE JUDGE

         <u>Roxanne Horan</u>                    <u>n/a</u>
         Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
   Ryan D. Lapidus                          Jerold Fagelbaum
                                            John Rubiner

**PROCEEDINGS: Telephonic Conference**

The Court held a telephonic conference with counsel on February 12, 2004 at 2:00 p.m. regarding Plaintiff's, "Notice of Motion and Motion to Compel Defendant Mark Cohn to Respond to Special Interrogatories, Produce Requested Documents and make Initial Disclosures; Motion for Sanctions."

After discussing the matter with counsel, the Court issues the following order: The hearing date set for March 2, 2004 is VACATED; Counsel shall meet and confer with regard to the discovery motion, which will occur at the office of Plaintiff's counsel; Counsel shall file with the Court a Supplemental Joint Stipulation concerning any remaining outstanding discovery disputes no later than March 12, 2004, after which the matter will be taken under submission.

**IT IS SO ORDERED.**


cc:   District Judge Lew
      Parties of Record

MINUTES FORM 11                              Initials of Deputy Clerk _____
CIVIL-GEN