Priority     ✓
Send         ✓
Enter        ___
Closed       ___
JS-5/JS-6    ___
JS-2/JS-3    ___
Scan Only    ___

DOCKETED ON CM
MAR 15 2004
BY _____ 065

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.   CV 03-05548-RSWL (VBKx)              Date: **March 15, 2004**

Title:    Steve Gevirtz v. Four Star Financial Services, LLC, et al.
=================================================================
**DOCKET ENTRY**
=================================================================

PRESENT:

   HON. VICTOR B. KENTON, UNITED STATES MAGISTRATE JUDGE

      Roxanne Horan                    n/a
      Deputy Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
   None Present                          None Present

**PROCEEDINGS:   (IN CHAMBERS)**

**RE: PLAINTIFF'S MOTION TO COMPEL AND TO IMPOSE SANCTIONS**

The Court has received and reviewed the "Joint Summary of Court-Ordered Meet and Confer and Request for Order re Joint Stipulation and Motion to Compel," filed March 11, 2004. It would appear to the Court from its review of this document that Defendant Cohn, through his new counsel, has provided required verifications to the written discovery, in addition to actual responses which were previously served. If that is not the case, Plaintiff's counsel should so advise the Court through a written Status Report, and the Court will consider whether any further action is necessary.

With regard to document production, Defendant Cohn makes reference to other plaintiffs (see, Joint Summary at 5) who appear not to be plaintiffs in this action. Further, Plaintiff makes reference to his understanding that Defendant Cohn is scheduled to be incarcerated on April 23, 2004 (see, Id. at 2). Assuming this to be true, the Court believes that depositing documents into a depository on the date of incarceration would be unnecessarily late, and could create problems. For example, Plaintiff's ability to discuss issues pertaining to the documents with Defendant, through his counsel, might be impeded by Defendant's incarceration. Defendant has not indicated that it would not be feasible to set up a depository and deposit documents into it prior to April 23, 2004. Therefore, the Court **ORDERS** that the depository will be established, and responsive documents will be

MINUTES FORM 11                              Initials of Deputy Clerk ____
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: **CV 03-05548-RSWL (VBKx)**              Date: **March 15, 2004**

Title:    <u>**Steve Gevirtz v. Four Star Financial Services,**         **Page 2**
          **LLC, et al.**</u>

-------------------------------------------------------------------------

deposited by April 1, 2004.

**IT IS SO ORDERED.**

MINUTES FORM 11                              Initials of Deputy Clerk
CIVIL-GEN