Philip Heller PLC (SBN 113938)
Jerold Fagelbaum, Esq. (SBN 92584)
FAGELBAUM & HELLER LLP
2049 Century Park East, Suite 2050
Los Angeles, California 90067
TEL   (310) 286-7666
FAX   (310) 286-7666

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
MAR 15 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Steven Gevirtz

Plaintiff(s)

v.

Mark Cohn, et al.

Defendant(s)

CASE NUMBER:

CV 03-5548 (RSWL) (VBKx)

**SUBSTITUTION OF ATTORNEY**

Mark F. Cohn                                ☐ Plaintiff ☒ Defendant ☐ Other ___
            *Name of Party*

hereby substitutes   Miles Archer Woodlief, Attorney at Law   who is

☒ Retained Counsel   ☐ Court Appointed Counsel   ☐ Pro Per   775 East Blithedale Ave., Suite 514
                                                                        *Street Address*

Mill Valley, CA 94941          415.730.3032       415.449.3569         124467
   *City, State, Zip Code*     *Telephone Number*  *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of   Fagelbaum & Heller, LLP
                                                         *Present Attorney*

Dated: February 26, 2004                          _____
                                                          *Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: February 26, 2004                          _____
                                                       *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 2-26-04                                    _____
                                                       *Signature of New Attorney*

Substitution of Attorney is hereby ☒ Approved.   ☐ Denied.

Dated: 3/15/04                                    RONALD S.W. LEW
                                                  **United States District Judge / Magistrate Judge**

NOTICE TO COUNSEL:   *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

G-01 (08/02)                      SUBSTITUTION OF ATTORNEY

DOCKETED ON CM
MAR 16 2004
BY ___ 005

44

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 2050, Los Angeles, California 90067.

On March 12, 2004, I caused the foregoing document described as ***Substitution of Attorney*** to be served by placing a copy thereof enclosed in sealed envelopes addressed as follows:

*See Attached Service List*

[X] BY U.S. MAIL - I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid as follows: I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary cause of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY FEDERAL EXPRESS - I deposited such envelope in the drop box at Los Angeles, California. I am readily familiar with this firm's practice of collection and processing correspondence for Federal Express. Under the practice it would be deposited in the Federal Express drop-box for pickup on the same day at Los Angeles, California in the ordinary cause of business.

[ ] BY FACSIMILE – I caused such a document to be sent via facsimile to the appropriate facsimile number(s) for the addressee(s) above, at or about _____ .m. from (310) 286-7086, and received confirmation that the fax transmission was successfully completed.

[X] [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] [Federal] I declare that I am in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 12, 2004, at Los Angeles, California.

*/s/ Tracy Sorokin*
Tracy Sorokin

## SERVICE LIST

| | |
|---|---|
| Ryan D. Lapidus, Esq.<br>**Law Offices of Ryan D. Lapidus APLC**<br>211 South Beverly Drive, Suite 205<br>Beverly Hills, California 90212<br>TEL (310) 550-8700<br>FAX (310) 943-2471<br>**Attorneys for Plaintiff Steve Gevirtz** | Ronald J. Nessim, Esq.<br>John K. Rubiner, Esq.<br>**Bird, Marella, Boxer & Wolpert**<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>TEL (310) 201-2100<br>FAX (310) 201-2110<br>**Attorneys for Defendants Four Star Financial Services, LLC; Anson, Garrett & Co.; Jack Garrett and Ronald Anson** |
| Miles Archer Woodlief<br>Attorney at Law<br>775 East Blithedale Avenue, Suite 514<br>Mill Valley, California 94941<br>TEL (415) 730-3032<br>FAX (415) 449-3569<br>**Attorneys for Defendant Mark Cohn** | Mark Cohn<br>1650 S. Amphlett Boulevard, Suite 102<br>San Mateo, California 94402<br>**Defendant** |