DOCKETED ON CM
MAR 7 2004
BY 065

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No.   CV 03-05548-RSWL (VBKx)                Date: **March 17, 2004**

Title:   <u>Steve Gevirtz v. Four Star Financial Services, LLC, et al</u>.
================================================================
**DOCKET ENTRY**
================================================================

PRESENT:

    HON. <u>VICTOR B. KENTON</u>, UNITED STATES MAGISTRATE JUDGE

    <u>Roxanne Horan</u>      <u>   n/a   </u>
    Deputy Clerk       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
None Present                       None Present

**PROCEEDINGS:   (IN CHAMBERS)**

**RE:   PLAINTIFF'S MOTION TO COMPEL AND TO IMPOSE SANCTIONS**

On March 15, 2004, the Court issued a Minute Order after reviewing the "Joint Summary of Court-Ordered Meet and Confer and Request for Order re Joint Stipulation and Motion to Compel," filed March 11, 2004.

In this supplemental Minute Order, the Court **DENIES** without prejudice sanctions as requested by Plaintiff. If Defendant fails to timely comply with the Court's March 15, 2004 Minute Order, Plaintiff may renew his request for sanctions.

**IT IS SO ORDERED.**


cc:   Parties of Record

MINUTES FORM 11                         Initials of Deputy Clerk ___
CIVIL-GEN