```
Ronald J. Nessim - SBN 94208
John K. Rubiner - SBN 155208
Karis A. Chi - State Bar No. 225778
BIRD, MARELLA, BOXER & WOLPERT
A Professional Corporation
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
```

Attorneys for Defendants Anson, Garrett & Co., Ronald Anson and Jack Garrett

FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GEVIRTZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FOUR STAR FINANCIAL SERVICES, LLC, an entity of unknown origin; ANSON, GARRETT & CO., an entity of unknown origin; MARK COHN, an individual; JACK GARRETT, an individual; RONALD ANSON, an individual; and DOES 1 through 9,<br><br>Defendants. | Case No. CV 03-5548 RSWL (VBKx)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON DEFENDANTS ANSON, GARRETT & CO., RONALD ANSON AND JACK GARRETT'S MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Old Date:  July 26, 2004<br>Time:      9:00 a.m.<br>Place:     Courtroom of The Honorable Ronald S. W. Lew<br><br>New Date:  August 9, 2004<br>Time:      Same<br>Place:     Same |

IT IS HEREBY STIPULATED between and among the parties, by counsel and with the Court's approval, that for the convenience of the parties due to counsel's schedules, the hearing on defendants Anson, Garret & Co., Ronald Anson and Jack Garrett's Motion for Judgment on the Pleadings be continued to 9:00 a.m. on August 9, 2004.

/ / /

DOCKETED ON CM
JUN 23 2004
BY _____ 005

50

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FOR JUDGMENT ON THE PLEADINGS

2891.5: 204166.1

1  IT IS SO STIPULATED.

2

3 Dated: June 21, 2004        Ronald J. Nessim
                              John K. Rubiner
4                             Karis A. Chi
                              BIRD, MARELLA, BOXER & WOLPERT
5                             A Professional Corporation

6
                              By: _____
7                                      Karis A. Chi
                              Attorneys for Defendants Anson,
8                             Garrett & Co., Ronald Anson and
                              Jack Garrett
9

10 Dated: June ___, 2004       Ryan D. Lapidus
                              Daniel C. Lapidus
11                            LAPIDUS & LAPIDUS

12
                              By:_____
13                                    Ryan D. Lapidus
                              Attorneys for Plaintiff Steven
14                            Gevirtz

15

16 Dated: June ___, 2004       Miles Archer Woodlief

17
                              By:_____
18                                  Miles Archer Woodlief
                              Attorneys for Defendant Mark
19                            Cohn

20

21

22                          **[PROPOSED] ORDER**

23      IT IS HEREBY ORDERED that the hearing on defendants Anson,

24 Garret & Co., Ronald Anson and Jack Garrett's Motion for Judgment

25 on the Pleadings is continued to 9:00 a.m. on August 9, 2004.

26

27 Dated: June ___, 2004       _____
                              The Honorable Ronald S. W. Lew
28                            United States District Judge

1  IT IS SO STIPULATED.

2

3  Dated: June ___, 2004            Ronald J. Nessim
                                    John K. Rubiner
4                                   Karis A. Chi
                                    BIRD, MARELLA, BOXER & WOLPERT
5                                   A Professional Corporation

6
                                    By:_____
7                                         Karis A. Chi
                                    Attorneys for Defendants Anson,
8                                   Garrett & Co., Ronald Anson and
                                    Jack Garrett
9

10 Dated: June 16, 2004              Ryan D. Lapidus
                                    Daniel C. Lapidus
11                                  LAPIDUS & LAPIDUS

12
                                    By: [signature] /DCL/
13                                        Ryan D. Lapidus
                                    Attorneys for Plaintiff Steven
14                                  Gevirtz

15

16 Dated: June ___, 2004             Miles Archer Woodlief

17
                                    By:_____
18                                        Miles Archer Woodlief
                                    Attorneys for Defendant Mark
19                                  Cohn

20

21

22                              [PROPOSED] ORDER

23     IT IS HEREBY ORDERED that the hearing on defendants Anson,

24 Garret & Co., Ronald Anson and Jack Garrett's Motion for Judgment

25 on the Pleadings is continued to 9:00 a.m. on August 9, 2004.

26

27 Dated: June ___, 2004
                                    _____
28                                  The Honorable Ronald S. W. Lew
                                    United States District Judge

1  IT IS SO STIPULATED.

2

3  Dated: June ___, 2004                Ronald J. Nessim
                                        John K. Rubiner
4                                       Karis A. Chi
                                        BIRD, MARELLA, BOXER & WOLPERT
5                                       A Professional Corporation

6
                                        By:_____
7                                            Karis A. Chi
                                        Attorneys for Defendants Anson,
8                                       Garrett & Co., Ronald Anson and
                                        Jack Garrett
9

10 Dated: June ___, 2004                Ryan D. Lapidus
                                        Daniel C. Lapidus
11                                      LAPIDUS & LAPIDUS

12
                                        By:_____
13                                           Ryan D. Lapidus
                                        Attorneys for Plaintiff Steven
14                                      Gevirtz

15

16 Dated: June 19, 2004                 Miles Archer Woodlief

17
                                        By:_____
18                                           Miles Archer Woodlief
                                        Attorneys for Defendant Mark
19                                      Cohn

20

21

22                         [PROPOSED] ORDER

23      IT IS HEREBY ORDERED that the hearing on defendants Anson,

24 Garret & Co., Ronald Anson and Jack Garrett's Motion for Judgment

25 on the Pleadings is continued to 9:00 a.m. on August 9, 2004.

26                                      **RONALD S.W. LEW**

27 Dated: June 22, 2004
                                        _____
28                                      The Honorable Ronald S. W. Lew
                                        United States District Judge

-2-   STIPULATION AND [PROPOSED] ORDER TO CONTINUE
      MOTION FOR JUDGMENT ON THE PLEADINGS

2891.5: 204166.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1875 Century Park East, Los Angeles, California 90067-2561.

On **June 22, 2004**, I served the within document(s) described as **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS ANSON, GARRETT & CO., RONALD ANSON AND JACK GARRETT'S MOTION FOR JUDGMENT ON THE PLEADINGS** on the interested parties to this action who are listed on the attached Service List.

■ **BY MAIL:** By placing a true copy thereof in sealed envelopes addressed to the parties listed on the attached Service List and causing them to be deposited in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☐ **BY HAND (STATE COURT):** By hand-delivering a true copy thereof in sealed envelopes to the offices of the parties listed on the attached Service List.

☐ **BY HAND (FEDERAL COURT):** By placing a true copy thereof in sealed envelopes and causing such envelopes to be hand-delivered to the offices of the parties listed on the attached Service List.

☐ **BY FAX:** By transmitting a true copy thereof via facsimile machine to the offices of the parties listed on the attached Service List. I caused the copy to be transmitted at from the facsimile number of Bird, Marella, Boxer & Wolpert, PC, (310) 201-2110 or (310) 201-2119. The transmission was reported as complete and without error. A copy of the transmission report is attached to this Proof of Service.

☐ **BY OVERNIGHT MAIL (VIA FEDERAL EXPRESS):** By placing a true copy thereof in sealed envelopes addressed to the parties listed on the attached Service List and causing them to be deposited in the Federal Express Depository maintained at 1875 Century Park East, Los Angeles, CA 90067. The envelopes were sent with Federal Express fees therefor fully paid, with written instructions for "next-day" delivery.

■ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge, and that I executed this document on **June 22, 2004** at Los Angeles, California.

☐ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, and that I executed this document on **June 22, 2004** at Los Angeles, California.

*Elizabeth Martin*
Elizabeth Martin

201426.1

**SERVICE LIST**

<u>Attorney for Plaintiff Steve Gevirtz</u>:
Ryan D Lapidus, Esq.
Lapidus & Lapidus
211 South Beverly Drive, Suite 205
Beverly Hills, CA 90212
Phone: (310) 550-8700
Fax:     (310) 943-2471


<u>Attorneys for Defendant Mark Cohn</u>:
Miles Archer Woodlief
775 East Blithedale, Suite 514
Mill Valley, CA 94941
Phone: (415) 730-3032
Fax: (415) 449-3569

SCANNED

201426 1