**SEND**

FILED
CLERK, U S DISTRICT COURT

JUL 1 3 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steve Gevirtz, | CASE NUMBER |
| | CV 03-5548-RSWL(VBKx) |
| PLAINTIFF(S) | |
| v. | |
| Four Star Financial Services LLC, et al., | **ORDER TO REASSIGN CASE PURSUANT TO SECTION 3.3.1 OF GENERAL ORDER 224** |
| DEFENDANT(S). | |

Case number CV 01-11115 and 19 related cases _____ was assigned to this Court on ____ 6/4/04 ____ pursuant to Section 3.3 of General Order 224. Section 3.3.1 of General Order 224 provides for a case of similar weight and complexity to be transferred to the active judge who exercised the self-recusal; accordingly,

IT IS HEREBY ORDERED that the above-entitled case be transferred to the calendar of Judge
Feess _____ for all further proceedings.

7/13/04
_____
Date

_Ronald S. W. Lew_
_____
United States District Judge

==================================================================================

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials ____ GAF ____ after the case number in place of the initials of the prior Judge so that the case number will now read:
CV 03-5548 GAF (VBKx) _____.

This is very important because documents are routed to the assigned Judge by means of the initials.

⟨52⟩

**ORDER TO REASSIGN CASE PURSUANT TO SECTION 3.3.1 OF GENERAL ORDER 224**

CV-94 (10/97)

ENTERED ON CM 7/13/04