ORIGINAL

UNITED STATES DISTRICT COURT           ✓ SEND
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

CASE NO.  CV 03-5548-RSWL            DATE: March 29, 2004

TITLE:  STEVE GEVIRTZ v. FOUR STAR FINANCIAL SERVICES, LLC., et al.

PRESENT:  HONORABLE RONALD S.W. LEW, JUDGE

Kelly Davis                          Sheri Ogata
Deputy Clerk                         Court Reporter

ATTORNEYS FOR PLAINTIFFS:            ATTORNEYS FOR DEFENDANTS:

Dan Lapidus                          John Rubiner
Ryan Lapidus

PROCEEDINGS: SCHEDULING CONFERENCE

Court and counsel confer.  S/C is held.  The Court sets the following dates:

    DISCOVERY CUT-OFF            12-31-04

    MOTION FILING CUT-OFF        01-12-05

    FINAL PRETRIAL CONFERENCE    03-07-05    11A.M.

    JURY TRIAL                   04-05-05    9A.M.  (Est 8 day )

MINUTES FORM 11                      INITIALS OF DEPUTY CLERK kd         53
CIV-GEN


DOCKETED ON CM
JUL 1 4 2004
BY _____ 007