P-Send

FILED
CLERK, U.S. DISTRICT COURT

OCT 20 2004

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

LODGED

1   RYAN D. LAPIDUS (Bar No. 196838)
    DANIEL C. LAPIDUS (Bar No. 227170)
2   LAPIDUS & LAPIDUS
    A PROFESSIONAL LAW CORPORATION
3   211 SOUTH BEVERLY DRIVE, SUITE 205
    BEVERLY HILLS, CALIFORNIA 90212
4   TEL: 310-550-8700
    FAX: 310-943-2471
5
    Attorneys for Plaintiff Steve Gevirtz
6
7
8
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 10  STEVE GEVIRTZ, an individual, | CASE NO. CV 03-5548 GAF (VBKx) |
| 11           Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| 12       vs. | **DATE ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| 13  FOUR STAR FINANCIAL SERVICES, LLC, an entity of unknown | |
| 14  origin; ANSON, GARRETT & CO., an entity of unknown origin; MARK | **BY FAX** |
| 15  COHN, an individual; JACK GARRETT, an individual; RONALD | |
| 16  ANSON, an individual; and DOES 1 through 9, | Trial Date:        April 5, 2005 |
| 17 | Current Hearing Date: Nov. 15, 2004 |
| 18           Defendants. | Proposed Hearing Date: Dec. 15, 2004 |

19
20       IT IS HEREBY STIPULATED between plaintiff Steven Gevirtz ("Plaintiff")
21   and defendants Ronald Anson, Jack Garrett and Anson, Garrett & Co. (collectively
22   the "AG Defendants"), through counsel, with the Court's approval, that the hearing
23   on the AG Defendants' Motion to Dismiss is continued from November 15, 2004
24   until December 15, 2004.
25       The reasons for this stipulation are as follows:
26       1.    Counsel for Plaintiff begins what he anticipates to be a three to four
27   week jury trial in Orange County Superior Court on September 25, 2004 which
28

DOCKETED ON CM

OCT 21 2004

BY                    002

1   requires his absence from his office in Beverly Hills to a substantial degree.

2       2.      The AG Defendants filed a Motion to Dismiss the Second Amended

3   Complaint currently scheduled for November 15, 2004.

4       3.      Plaintiff and the AG Defendants have agreed to continue the hearing

5   until December 15, 2004 such that Plaintiff's counsel's current pretrial and trial

6   proceedings will not prejudice Plaintiff's ability to oppose the motion on the merits

7   and attend the hearing.

8       4.      Counsel for the parties have previous provided courtesies such as

9   extensions to one another such that the dispute might be resolved on the merits with

10  the efforts of counsel.

11      5.      The parties do not seek an extension of any other dates that have been

12  set by the Court including the trial date.

13      6.      The parties agree that this extension is without prejudice and shall not

14  be used as grounds for continuance of the current or (any subsequently set) trial

15  date.

16      IT IS SO STIPULATED.

17  DATED: October 19 , 2004         C. Brent Parker
                                     SPOLIN SILVERMAN COHEN & BARTLETT
18                                   LLP

19

20                                   By: _____

21                                        C. Brent Parker

22                                   Attorneys for Defendants Anson, Garrett &
                                     Co., Ronald Anson, and Jack Garrett
23

24

25

26

27

28

1    DATED: October 19, 2004      Ryan D Lapidus.
2                                     LAPIDUS & LAPIDUS, PLC

3

4                             By: _____

5                                  Ryan D Lapidus, Esq.
                                 Attorneys for Plaintiff Steve Gevirtz:

6

7                        [PROPOSED] ORDER

8         The hearing on the AG Defendants' Motion to Dismiss the Second Amended

9    Complaint is continued from November 15, 2004 at 9:30 a.m. until December 15,

10    2004 at 9:30 a.m.

11

12    DATED: October 19, 2004

13

14

15                          UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE BY MAIL

I, Daniel C. Lapidus, declare as follows:

I am employed with the law firm of Lapidus & Lapidus, A Professional Law Corporation, whose address is 211 South Beverly Drive, Suite 205, Beverly Hills, California 90212.  I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service and fax; I am over the age of eighteen years and not a party to this action.

On October 19, 2004 I served a copy of the within document(s):

1.  Stipulation and [Proposed] Order Continuing Hearing on Defendants' Motion to Dismiss Second Amended Complaint.

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

C. Brent Parker
Spolin Silverman Cohen & Bartlett LLP
1620 26th Street, Suite 2000 North
Santa Monica, CA  90404

Miles A. Woodlief, Esq.
9 Bartlett Street, Suite 375
Andover, MA  01810

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Beverly Hills, California, on October 19, 2004.

Daniel C. Lapidus

PROOF OF SERVICE
CASE NO. J.C C P. 4106