1  RYAN D. LAPIDUS (Bar No. 196838)
   DANIEL C. LAPIDUS (Bar No. 227170)
2  LAPIDUS & LAPIDUS
   A PROFESSIONAL LAW CORPORATION
3  211 SOUTH BEVERLY DRIVE, SUITE 205
   BEVERLY HILLS, CALIFORNIA 90212
4  TEL: 310-550-8700
   FAX: 310-943-2471
5
   ATTORNEYS FOR PLAINTIFF
6  STEVE GEVIRTZ

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

FILED
CLERK, U S DISTRICT COURT
DEC - 1 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STEVE GEVIRTZ, an individual,

　　　　Plaintiff,

v.

ANSON, GARRETT & CO., an entity of unknown origin; MARK COHN, an individual; JACK GARRETT, an individual; RONALD ANSON, an individual; and DOES 1 through 9,

　　　　Defendants.

CASE No.: CV 03-5548 GAF (VBKx)

**STIPULATION AND [PROPOSED ORDER] FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**

The Honorable Gary A. Feess

Action Filed: August 4, 2003
Trial Date: April 5, 2005

ENTERED
CLERK, U S DISTRICT COURT
DEC - 2 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

REQUEST FOR ENTRY OF DISMISSAL- 0

The parties to this action by and though their respective counsel of record hereby make the following stipulation:

1. The above-referenced action is dismissed in its entirety without prejudice subject to approval of the Court.

2. Each party is to bear its own costs, if any, as applicable.

DATED: November 11, 2004    LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION

_____
Ryan D. Lapidus
Attorneys for Plaintiff
Steve Gevirtz

DATED: November 30, 2004   SPOLIN SILVERMAN COHEN & BARTLETT LLP

_____
Brent Parker
Attorneys for Defendant Ronald Anson and Anson, Garrett & Co.

DATED: November ___, 2004

_____
Miles Archer Woodlief
Attorneys for Defendant Mark Cohn

REQUEST FOR ENTRY OF DISMISSAL- 1

The parties to this action by and though their respective counsel of record hereby make the following stipulation:

1. The above-referenced action is dismissed in its entirety without prejudice subject to approval of the Court.

2. Each party is to bear its own costs, if any, as applicable.

DATED: November __, 2004     LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION

_____
Ryan D. Lapidus
Attorneys for Plaintiff
Steve Gevirtz

DATED: November __, 2004     SPOLIN SILVERMAN COHEN & BARTLETT LLP

_____
Brent Parker
Attorneys for Defendant Ronald Anson and Anson, Garrett & Co.

DATED: November 29, 2004

_____
Miles Archer Woodlief
Attorneys for Defendant Mark Cohn

REQUEST FOR ENTRY OF DISMISSAL - 1

[~~PROPOS~~ED] ORDER

The above-captioned action, *Gevirtz v. Anson, Garrett et al.*, CV 03-5548 GAF (VBKx), is hereby dismissed without prejudice, each party to bear its own costs, if any.

DATED: 12/1, 2004

_____
UNITED STATES DISTRICT COURT JUDGE
THE HONORABLE GARY A. FEESS

REQUEST FOR ENTRY OF DISMISSAL- 2

# PROOF OF SERVICE BY MAIL

I, Daniel C. Lapidus, declare as follows:

I am employed with the law firm of Lapidus & Lapidus, A Professional Law Corporation, whose address is 211 South Beverly Drive, Suite 205, Beverly Hills, California 90212. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On November 30, 2004, I served a copy of the within document(s):

1. Stipulation for dismissal.

on the below parties in this action by placing true copies thereof in sealed next-day mail envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

Miles Archer Woodlief
9 Bartlett St, Ste 375
Andover, MA 01810

Brent Parker
Spolin Silverman Cohen & Bartlett LLP
1620 26th St., Suite 2000 North
Santa Monica, CA 90404

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Beverly Hills, California, on November 30, 2004.

_____
Daniel C. Lapidus